IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRIS LEE HUFFMAN                                                                PLAINTIFF

v.                                        Civil No. 14-6145

SHERIFF LARRY SANDERS,
Garland County, Arkansas; and
NURSE REEVES                                                                     DEFENDANTS

## ORDER

Chris L. Huffman, currently an inmate of the Garland County Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the Clerk is directed to mail a blank IFP application to Plaintiff**. Plaintiff is given until **January 5, 2015**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee and $50 administrative fee, a total of $400. **If the Plaintiff fails to return the completed IFP application or pay the $400 by January 5, 2015, the complaint will become subject to summary dismissal for failure to obey an order of the Court.**

Plaintiff is advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this

document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

    IT IS SO ORDERED this 15th day of December 2014.

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 15 2014

CHRIS R. JOHNSON, Clerk
By
      Deputy Clerk