IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRIS LEE HUFFMAN
(Prisoner #77689)                                          PLAINTIFF


     V.                        Civil No. 14-6145


SHERIFF LARRY SANDERS
and NURSE REEVES                                          DEFENDANTS


                          O R D E R

     On this 6th day of May 2015, there comes on for
consideration the report and recommendation filed in this case
on March 30, 2015, by the Honorable Barry A. Bryant, United
States Magistrate for the Western District of Arkansas.  (Doc.
6).

     Plaintiff has failed to provide the Court with a current
mailing address.  All mail has been returned as undeliverable
despite the Court's attempt to find a proper address.   No
objections have been filed, and Plaintiff has not communicated
with the Court in any way since the filing of his complaint.

     The court has reviewed this case and, being well and
sufficiently advised, finds as follows:  The report and
recommendation is proper and should be and hereby is adopted in
its entirety.  Accordingly, Plaintiff's Complaint (doc. 1) is
DISMISSED WITHOUT PREJUDICE for failure to prosecute and for
failure to obey the orders of this Court.  *See* Fed. R. Civ. P.
41(b).

AO72A
(Rev. 8/82)

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)